NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 29125

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
LOPETI LUI TUUA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 07-1-0393(4))

ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

In the above-entitled appeal, the Memorandum Opinion of the court entered on April 29, 2010, is hereby corrected as follows: on the last page, in the attorney credit section, the attorney for Plaintiff-Appellee should be corrected from Pamela I. Lundquist to Renee Ishikawa Delizo so as corrected it will read as follows:

Renee Ishikawa Delizo,
Deputy Prosecuting Attorney,
County of Maui,
for Plaintiff-Appellee.

The clerk of the court is directed to incorporate the foregoing change in the original Memorandum Opinion.

DATED: Honolulu, Hawai'i, May 18, 2010,

Associate Judge

---

[1]  Nakamura, C.J., Fujise and Leonard, JJ.